UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, LAXMAN NARASIMHAN, and RACHEL RUGGERI,<br><br>Defendants. | Case No. 2:24-cv-01362 - JHC<br><br>**ORDER** |

Having considered the Parties' Stipulation, Dkt. # 6, and for other good reason considered herein, the Court GRANTS the requested relief and hereby orders that:

1. Defendants are not required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, any complaints filed in this Action, subject to the provision in paragraph 2, below.

2. Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended and/or consolidated complaint, or designation of an operative complaint, and the response thereto.

Dated: October 11, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1