UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-01362-JHC<br><br><u>CLASS ACTION</u><br><br>ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |

ORDER APPOINTING LEAD PLAINTIFF AND
APPROVING SELECTION OF LEAD COUNSEL
(2:24-cv-01362-JHC)

4853-8262-3219.v1

Having considered Pavers & Road Builders District Council Pension Fund, Teamsters Local 237 Additional Security Benefit Fund, and Teamsters Local 237 Supplemental Fund for Housing Authority Employees' (collectively, the Union Funds) Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, Dkt. # 14, and good cause appearing, the Court ORDERS as follows:

1.  The Union Funds' Motion, which is unopposed, is GRANTED. For the reasons set forth in Dkt. ## 14, 19, & 21, Plaintiff Foley's Motion for Appointment as Lead Plaintiff and Approval of Counsel, Dkt. # 10, is DENIED.

The file in Case No. 2:24-cv-01362-JHC shall constitute the master file for the action. All securities class actions on behalf of purchasers of Starbucks Corporation securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court, without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

2.  The Union Funds are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3.  The Union Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel and Keller Rohrback L.L.P. as Liaison Counsel for the class is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be

1  required; and the supervision of all other matters concerning the prosecution or resolution of the
2  action.
3      4.   In conclusion, the Court GRANTS the motion at Dkt. # 14 and DENIES the
4  motion at Dkt. # 10.

DATED this 19th day of November, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE