UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, et al.,<br><br>Defendants. | No. 2:24-cv-01362-JHC<br><br>CLASS ACTION<br><br>**STIPULATED MOTION AND ORDER SETTING SCHEDULE TO FILE AND RESPOND TO CONSOLIDATED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: December 3, 2024** |

**WHEREAS**, on October 11, 2024, the Court ordered that the parties meet and confer and propose a case schedule within 14 days after the entry of an order appointing a lead plaintiff and lead counsel (ECF 8, ¶2);

**WHEREAS**, on November 19, 2024, the Court entered an order appointing Pavers & Road Builders District Council Pension Fund, Teamsters Local 237 Additional Security Benefit Fund, and Teamsters Local 237 Supplemental Fund for Housing Authority Employees' (collectively, "Lead Plaintiff") as Lead Plaintiff and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel (ECF 22); and

**WHEREAS**, Lead Plaintiff and defendants Starbucks Corporation, Laxman Narasimhan, and Rachel Ruggeri (collectively, "Defendants") have met and conferred regarding the case schedule and agreed to the schedule set forth below.[1]

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to Court approval, that:

1. Lead Plaintiff shall file a consolidated complaint on or before February 3, 2025;

2. Defendants shall answer, move, or otherwise respond to the consolidated complaint on or before April 4, 2025;

3. Lead Plaintiff shall file an opposition to any motion to dismiss filed by Defendants on or before May 19, 2025; and

4. Defendants shall file any reply on or before June 18, 2025.

DATED: December 3, 2024

Respectfully submitted,

KELLER ROHRBACK L.L.P.
JULI E. FARRIS (WSBA #17593)

s/ Juli E. Farris
JULI E. FARRIS

1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone:  206/623-1900
jfarris@kellerrohrback.com

*Liaison Counsel for Lead Plaintiff*

---

[1] Defendants are in the process of finalizing their engagement of local counsel. Defendants' local counsel will file a notice of appearance, a statement of defendant Starbucks Corporation's corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, and all required *pro hac vice* applications as soon as that process is complete.

| | | |
|---|---|---|
| 1 | DATED: December 3, 2024 | ROBBINS GELLER RUDMAN & DOWD LLP<br>LAURIE L. LARGENT (admitted *pro hac vice*)<br>ERIKA L. OLIVER (admitted *pro hac vice*) |

                                            s/ Laurie L. Largent
                                              LAURIE L. LARGENT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
llargent@rgrdlaw.com
eoliver@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

DATED: December 3, 2024           LATHAM & WATKINS LLP
                                         WHITNEY B. WEBER
                                         (*pro hac vice* forthcoming)

                                            s/ Whitney B. Weber
                                            WHITNEY B. WEBER

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

LATHAM & WATKINS LLP
ANDREW B. CLUBOK
(*pro hac vice* forthcoming)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com

STIP MOTION AND ORDER SETTING
SCHEDULE TO FILE AND RESPOND TO
CONSOL COMPLAINT (2:24-cv-01362-JHC)    - 3 -

LATHAM & WATKINS LLP
MICHELE D. JOHNSON
(*pro hac vice* forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone:  714/540-1235
755/540-8290 (fax)
michele.johnson@lw.com

*Attorneys for Defendants Starbucks Corporation, Laxman Narasimhan, and Rachel Ruggeri*

\* \* \*

### ORDER

The parties having stipulated, IT IS SO ORDERED.

Dated this 3rd day of December, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE