1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

14
15
16
17
18
19
20
21

| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-CV-01362-JHC |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW** |
| v. | |
| STARBUCKS CORPORATION, LAXMAN NARASIMHAN, and RACHEL RUGGERI, | |
| Defendants. | |

22
23
24
25
26
27
28

ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW

The Motion for Leave to Withdraw of Attorney Daniel Kelly-Stallings is hereby GRANTED. It is ORDERED that Daniel Kelly-Stallings be permitted to withdraw his appearance as counsel in this matter for Movant Kyle N. Foley.

Date: January 3rd, 2025

*[signature: John H. Chun]*
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW