THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

STARBUCKS CORPORATION, et al.,

Defendants.

No. 2:24-cv-01362-JHC

CLASS ACTION

[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 19, 2025 ORDER (ECF 49) AS IT RELATES TO RACHEL RUGGERI'S STATUS AS A §20(a) DEFENDANT

Having considered Lead Plaintiffs' Motion for Reconsideration of the Court's November 19, 2025 Order (ECF 49) as it Relates to Rachel Ruggeri's Status as a §20(a) Defendant (the "Motion"), the Court GRANTS the Motion and hereby VACATES its dismissal of Count II (§20(a)) of the Consolidated Complaint (ECF 39) against Rachel Ruggeri. It is further ORDERED that Rachel Ruggeri is reinstated as a §20(a) defendant.

Dated this ___ day of _____, 2025.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER (2:24-cv-01362-JHC)

- 1 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400, Seattle, WA 98101-3268
Telephone: 206/623-1900

Presented by:

KELLER ROHRBACK L.L.P.
JULI E. FARRIS (WSBA #17593)


_____
       s/ Juli E. Farris
       JULI E. FARRIS

1201 Third Avenue, Suite 3400
Seattle, WA  98101-3268
Telephone:  206/623-1900
jfarris@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs*

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS (admitted *pro hac vice*)
LAURIE L. LARGENT (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
ERIKA L. OLIVER (admitted *pro hac vice*)
PATTON L. JOHNSON (admitted *pro hac vice*)
EVELYN SANCHEZ GONZALEZ
(admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
lukeb@rgrdlaw.com
llargent@rgrdlaw.com
klavelle@rgrdlaw.com
eoliver@rgrdlaw.com
pjohnson@rgrdlaw.com
egonzalez@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*