THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

STARBUCKS CORPORATION, LAXMAN NARASIMHAN, and RACHEL RUGGERI,

Defendants.

Case No. 2:24-cv-01362-JHC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO RECONSIDER ORDER ON MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

THIS MATTER comes before the Court on the motion (the "Motion") of Defendants to reconsider the Court's order granting in part Defendants' motion to dismiss, Dkt. 49.

Having reviewed all papers filed in support of, and in opposition to, the Motion, the Court FINDS that the operative complaint, Dkt. 39, fails to state any claim against Defendants upon which relief may be granted. The Court therefore reconsiders its prior ruling and GRANTS Defendants' Motion to Dismiss in its entirety, and DISMISSES this action under Federal Rule of Civil Procedure 12(b)(6).

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO RECONSIDER
ORDER ON MOTION TO DISMISS THE
CONSOLIDATED COMPLAINT - 1
CASE NO. 2:24-cv-01362-JHC

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE:  +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

IT IS SO ORDERED.

Dated this ___ day of _____, 2025.

_____
John H. Chun
United States District Judge

PRESENTED BY:

K&L GATES LLP

*/s/  Tyler K. Lichter*
_____
Tyler K. Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: Tyler.Lichter@klgates.com

LATHAM & WATKINS LLP

ANDREW B. CLUBOK (*pro hac vice*)
SUSAN E. ENGEL (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com
susan.engel@lw.com

MICHELE D. JOHNSON (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714/540-1235
755/540-8290 (fax)
michele.johnson@lw.com

WHITNEY B. WEBER (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415/391-0600

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO RECONSIDER
ORDER ON MOTION TO DISMISS THE
CONSOLIDATED COMPLAINT - 2
CASE NO. 2:24-cv-01362-JHC

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

415/395-8095 (fax)
whitney.weber@lw.com

*Attorneys for Defendants Starbucks*
*Corporation, Laxman Narasimhan, and Rachel*
*Ruggeri*

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO RECONSIDER
ORDER ON MOTION TO DISMISS THE
CONSOLIDATED COMPLAINT - 3
CASE NO. 2:24-cv-01362-JHC

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**