UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, LAXMAN NARASIMHAN, and RACHEL RUGGERI,<br><br>                Defendants. | Case No. 2:24-cv-01362-JHC<br><br>**STIPULATED MOTION & ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 19, 2025** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Defendants Starbucks Corporation ("Starbucks"), Laxman Narasimhan, and Rachel Ruggeri (collectively "Defendants") and Lead Plaintiffs Pavers & Road Builders District Council Pension Fund, Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees ("Lead Plaintiffs" together with Defendants, the "Parties) as follows:

WHEREAS; on February 3, 2025, Lead Plaintiffs filed their Consolidated Complaint for Violation of Federal Securities Laws ("Complaint") (Dkt. 39);

WHEREAS, on December 1, 2025, the Court Granted in Part and Denied in Part Defendants' Motion to Dismiss the Amended Complaint (Dkt No. 58);

WHEREAS, on December 12, 2025, the Court granted Lead Plaintiffs leave to file an amended complaint no later than December 23, 2025 (Dkt. 58);

WHEREAS, absent an extension of time, Defendants would be due to answer the Complaint by January 6, 2026; and

WHEREAS, the Parties respectfully move and herby stipulate that the Court extend the deadline for Defendants to answer the Complaint to January 23, 2026.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: December 19, 2025

**K&L GATES LLP**

/s/ Tyler K. Lichter
Kari L. Vander Stoep, WSBA # 35923
Tyler K. Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900 Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: Kari.Vanderstoep@klgates.com
            Tyler.Lichter@klgates.com

**LATHAM & WATKINS LLP**

ANDREW B. CLUBOK (*pro hac vice*)
SUSAN E. ENGEL (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com
susan.engel@lw.com

MICHELE D. JOHNSON (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714/540-1235
755/540-8290 (fax)
michele.johnson@lw.com

WHITNEY B. WEBER (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

**KELLER ROHRBACK L.L.P.**

/s/ Juli E. Farris
JULI E. FARRIS (WSBA #17593)
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: 206/623-1900
jfarris@kellerrohrback.com
*Liaison Counsel*

**ROBBINS GELLER RUDMAN
   & DOWD LLP**
LUKE O. BROOKS (*pro hac vice*)
KEVIN A. LAVELLE (*pro hac vice*)
ERIKA L. OLIVER (*pro hac vice*)
PATTON L. JOHNSON (*pro hac vice*)
EVELYN SANCHEZ GONZALEZ (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
lukeb@rgrdlaw.com
klavelle@rgrdlaw.com
eoliver@rgrdlaw.com
pjohnson@rgrdlaw.com
egonzalez@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

Telephone: 415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

*Attorneys for Defendants Starbucks Corporation, Laxman Narasimhan, and Rachel Ruggeri*

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. Defendants shall have, including and up to, January 23, 2026 to respond to the Complaint.

DATED this 19th day of December, 2025.

_____
John H. Chun
United States District Court

STIPULATED MOTION & ORDER TO
CONTINUE DEFENDANTS TIME TO
ANSWER - 3
CASE NO. 2:24-CV-01362-JHC