UNITED ST ATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO ET AL., | CASE NO. 2:24-cv-01362-JHC |
| Plaintiffs, | ORDER |
| v. | |
| STARBUCKS CORPORATION ET AL., | |
| Defendants. | |

This matter comes before the Court on: (1) Defendants' Motion to Enforce Automatic Discovery Stay (Dkt. # 76); (2) Lead Plaintiffs' Motion to Compel Defendants and Board Members' Documents and For Entry of ESI Protocol (Dkt. # 74); and (3) Lead Plaintiffs' Motion to Compel Defendants' Response to Plaintiffs' Interrogatory No. 2 (Dkt. # 86). After these motions were filed, the Court granted Defendants' Motion for Judgment on the Pleadings (Dkt. # 72), thereby dismissing Plaintiffs' remaining claims and ostensibly mooting all discovery issues in this case. *See generally* Dkt. # 96. The parties are thus ORDERED to show cause, on or before July 31, 2026, as to why these three pending motions should not be denied as moot. If the parties do not oppose such denial(s), they need not file a response to this Order.

ORDER - 1

The Court DIRECTS the Clerk to re-note the three motions referenced above for July 31, 2026.

Dated this 15th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2