UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, et al.,<br><br>Defendants. | No. 2:24-cv-01362-JHC<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION TO SEAL PORTIONS OF THE AMENDED COMPLAINT |

Having considered Lead Plaintiffs' Unopposed Motion to Seal Portions of the Amended Complaint for Violations of Federal Securities Laws, Dkt. # 98, and applicable law, the Court GRANTS Lead Plaintiffs' Motion and ORDERS the fully unredacted version of the Complaint to remain under seal.

DATED: August 3, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE