UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, et al.,<br><br>Defendants. | No. 2:24-cv-01362-JHC<br><br><u>CLASS ACTION</u><br><br>STIPULATED MOTION AND ORDER SETTING A SCHEDULE REGARDING LEAD PLAINTIFFS' RULE 15 MOTION, DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT, AND VACATING THE CLASS CERTIFICATION SCHEDULE<br><br>NOTE ON MOTION CALENDAR: AUGUST 6, 2026 |

Lead Plaintiffs Pavers & Road Builders District Council Pension Fund, Teamsters Local 237 Additional Security Benefit Fund, and Teamsters Local 237 Supplemental Fund for Housing Authority Employees (collectively, "Lead Plaintiffs") and Defendants Starbucks Corporation ("Starbucks"), Laxman Narasimhan, and Rachel Ruggeri (collectively, "Defendants", and together with Lead Plaintiffs, the "Parties"), by and through their counsel, stipulate and agree as follows:

**WHEREAS**, on March 31, 2026, the Court entered a scheduling order regarding class certification deadlines (ECF 69);

**WHEREAS**, on July 15, 2026, the Court entered an order granting Defendants' motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c), dismissing Lead Plaintiffs' claims without prejudice, and granting Lead Plaintiffs "leave to amend the Complaint with respect to any claims dismissed in ***this*** Order" on or before July 31, 2026 (ECF 96 at 12) (emphasis in original);

**WHEREAS**, on July 31, 2026, consistent with the Court's July 15, 2026 Order, Lead Plaintiffs filed an Amended Complaint for Violations of Federal Securities Laws (ECF 99-100) (the "Amended Complaint");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the Amended Complaint is due on August 14, 2026, fourteen days after the Amended Complaint was filed, and no Court order currently sets a different deadline for Defendants to answer or otherwise respond to the Amended Complaint;

**WHEREAS**, Lead Plaintiffs intend to move under Federal Rule of Civil Procedure 15 for leave to file a Second Amended Complaint ("Rule 15 Motion"), which motion Defendants intend to oppose, and the Parties have met and conferred and agreed to a briefing schedule for that motion as set forth below;

**WHEREAS**, requiring Defendants to answer or otherwise respond to the Amended Complaint while Lead Plaintiffs' Rule 15 Motion is pending, and requiring the Parties to brief

class certification before the pleadings are set, could result in duplicative or unnecessary pleading and motion practice; and

**WHEREAS**, the Parties agree that, in the interests of judicial economy, conservation of the Court's and the Parties' time and resources, and orderly management of this Action, Defendants' time to answer or otherwise respond to the Amended Complaint should be held in abeyance pending the Court's resolution of Lead Plaintiffs' Rule 15 Motion, and the deadlines relating to class certification should be vacated.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to Court approval, that:

1. Lead Plaintiffs shall file their motion for leave to file a Second Amended Complaint under Federal Rule of Civil Procedure 15 by September 4, 2026;

2. Defendants shall file their opposition to Lead Plaintiffs' Rule 15 Motion by October 6, 2026;

3. Lead Plaintiffs shall file their reply in support of their Rule 15 Motion by October 26, 2026;

4. Defendants' deadline to answer or otherwise respond to the Amended Complaint (ECF 99-100) is held in abeyance pending the Court's resolution of Lead Plaintiffs' Rule 15 Motion;

5. Within ten (10) days of the entry of the Court's order resolving Lead Plaintiffs' Rule 15 Motion, the Parties shall meet and confer and file a proposed schedule regarding Defendants' time to answer or otherwise respond to the operative complaint; and

6. The deadlines entered by the Court on March 31, 2026 in its Scheduling Order Regarding Class Certification Motion (ECF 69) are vacated.

DATED: August 6, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
LUKE O. BROOKS (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
ERIKA L. OLIVER (admitted *pro hac vice*)
PATTON L. JOHNSON (admitted *pro hac vice*)
EVELYN SANCHEZ GONZALEZ
(admitted *pro hac vice*)

s/ Erika L. Oliver
ERIKA L. OLIVER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
lukeb@rgrdlaw.com
klavelle@rgrdlaw.com
eoliver@rgrdlaw.com
pjohnson@rgrdlaw.com
egonzalez@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

DATED: August 6, 2026

KELLER ROHRBACK L.L.P.
JULI E. FARRIS (WSBA #17593)

s/ Juli E. Farris
JULI E. FARRIS

1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: 206/623-1900
jfarris@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs*

DATED: August 6, 2026

K&L GATES LLP
TYLER K. LICHTER, WSBA # 51090
KARI L. VANDER STOEP, WSBA # 35923

s/ Tyler K. Lichter
TYLER K. LICHTER

925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: +1 206 623 7580
Fax: +1 206 623 7022
Tyler.Lichter@klgates.com
Kari.Vanderstoep@klgates.com

LATHAM & WATKINS LLP
ANDREW B. CLUBOK (*pro hac vice*)
SUSAN E. ENGEL
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com
susan.engel@lw.com

LATHAM & WATKINS LLP
MICHELE D. JOHNSON (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714/540-1235
714/755-8290 (fax)
michele.johnson@lw.com

LATHAM & WATKINS LLP
WHITNEY B. WEBER (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

LATHAM & WATKINS LLP
DANIEL R. GHERARDI (*pro hac vice*)
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
daniel.gherardi@lw.com

*Attorneys for Defendants Starbucks Corporation, Laxman Narasimhan, and Rachel Ruggeri*

* * *

**ORDER**

The parties having stipulated, IT IS SO ORDERED.

Dated this 6th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE