UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, et al.,<br><br>Defendants. | No. 2:24-cv-01362-JHC<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION TO SEAL PORTIONS OF THEIR RULE 15 MOTION AND [PROPOSED] SECOND AMENDED COMPLAINT |

Having considered Lead Plaintiffs' Unopposed Motion to Seal Portions of Lead Plaintiffs' Motion for Leave to File [Proposed] Second Amended Complaint for Violations of the Federal Securities Laws ("Rule 15 Motion") (Dkt. # 104) and portions of the clean and redline versions of the [Proposed] Second Amended Complaint attached thereto as exhibits ("Proposed SAC"), and applicable law, the Court GRANTS Lead Plaintiffs' Motion and ORDERS that the fully unredacted versions of Lead Plaintiffs' Rule 15 Motion and Proposed SAC remain under seal.

IT IS SO ORDERED.

DATED: September 8, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE