UNITED ST ATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION ET AL.,<br><br>Defendants. | CASE NO. 2:24-cv-01362-JHC<br><br>ORDER |

The Court VACATES the Order at Dkt. # 108. The parties are directed to proceed with the briefing schedule on Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. # 106) pursuant to the parties' stipulated briefing schedule. *See* Dkt. ## 102 & 103.

The Clerk is directed to re-note the Motion at Dkt. # 106 for October 26, 2026.

Dated this 25th day of September, 2026.

John H. Chun
John H. Chun
United States District Judge