UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, LAXMAN NARASIMHAN, and RACHEL RUGGERI,<br><br>Defendants. | Case No. 2:24-cv-01362-JHC<br><br>**ORDER GRANTING DEFENDANT STARBUCKS CORPORATION'S MOTION TO SEAL PORTIONS OF OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND EXHIBITS 9-12 TO THE DECLARATION OF WHITNEY B. WEBER** |

THIS MATTER comes before the Court on the unopposed Motion of Defendant Starbucks Corporation to Seal Portions of Defendants Starbucks Corporation, Laxman Narasimhan, and Rachel Ruggeri's (collectively, "Defendants") Opposition to Lead Plaintiffs' Motion for Leave to File [Proposed] Second Amended Complaint for Violations of the Federal Securities Laws ("Opposition") and Exhibits 9 through 12 to the Declaration of Whitney B. Weber. Dkt. # 110.

Under Local Civil Rules 5(g) and 7, and having considered the pleadings and filings herein and such other evidence as may be presented to the Court, IT IS HEREBY ORDERED that:

1. The Motion to Seal is GRANTED;
2. Defendants' Opposition shall remain under seal; and
3. Exhibits 9 through 12 to the Declaration of Whitney B. Weber shall remain under seal.

IT IS SO ORDERED.

Dated this 26th day of October, 2026.

John H. Chun
United States District Judge