UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, et al.,<br><br>Defendants. | No. 2:24-cv-01362-JHC<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION TO SEAL PORTIONS OF THEIR REPLY IN SUPPORT OF THEIR RULE 15 MOTION |

Having considered Lead Plaintiffs' Unopposed Motion to Seal Portions of Lead Plaintiffs' Reply in Support of their Rule 15 Motion ("Rule 15 Reply"), Dkt. # 118, the rest of the record, and applicable law, the Court GRANTS Lead Plaintiffs' Motion to Seal and ORDERS that the fully unredacted versions of Lead Plaintiffs' Rule 15 Reply remain under seal.

Presented by:

ROBBINS GELLER RUDMAN & DOWD LLP
LUKE O. BROOKS (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
ERIKA L. OLIVER (admitted *pro hac vice*)
PATTON L. JOHNSON (admitted *pro hac vice*)

s/ ERIKA L. OLIVER
ERIKA L. OLIVER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
lukeb@rgrdlaw.com
klavelle@rgrdlaw.com
eoliver@rgrdlaw.com
pjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

KELLER ROHRBACK L.L.P.
JULI E. FARRIS (WSBA #17593)

s/ JULI E. FARRIS
JULI E. FARRIS

1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: 206/623-1900
jfarris@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs*

* * *

**ORDER**

IT IS SO ORDERED.

DATED: October 26, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE