UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GARBACCIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, et al.,<br><br>Defendants. | No. 2:24-cv-01362-JHC<br><br><u>CLASS ACTION</u><br><br>STIPULATED MOTION AND ORDER SETTING A SCHEDULE REGARDING DEFENDANTS' RULE 12 MOTION IN RESPONSE TO LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 3, 2026 |

Lead Plaintiffs Pavers & Road Builders District Council Pension Fund, Teamsters Local 237 Additional Security Benefit Fund, and Teamsters Local 237 Supplemental Fund for Housing Authority Employees (collectively, "Lead Plaintiffs") and Defendants Starbucks Corporation ("Starbucks"), Laxman Narasimhan, and Rachel Ruggeri (collectively, "Defendants", and together with Lead Plaintiffs, the "Parties"), by and through their counsel, stipulate and agree as follows:

**WHEREAS**, on October 27, 2026, the Court issued an Order granting Lead Plaintiffs' Motion for Leave to File [Proposed] Second Amended Complaint for Violations of the Federal Securities Laws (ECF 122);

**WHEREAS**, pursuant to the Court's August 6, 2026 Order granting the Parties' Stipulated Motion and Order Setting a Schedule Regarding Lead Plaintiffs' Rule 15 Motion, Defendants' Response to the Amended Complaint, and Vacating the Class Certification Schedule (ECF 103), the Parties were required to, "[w]ithin ten (10) days of the Court's order resolving Lead Plaintiffs' Rule 15 Motion, . . . meet and confer and file a proposed schedule regarding Defendants' time to answer or otherwise respond to the operative complaint" (*id.* at 2), *i.e.*, by November 6, 2026;

**WHEREAS**, Defendants intend to move to dismiss the Second Amended Complaint for Violations of Federal Securities Laws (ECF 124); and

**WHEREAS**, the Parties have met and conferred regarding the case schedule and agree to the schedule set forth below, which takes into account the upcoming holidays, the parties' pre-arranged travel, as well as competing case deadlines.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to Court approval, that:

1. Defendants shall file any Rule 12(b)(6) motion to dismiss by December 11, 2026;

2. Lead Plaintiffs shall file an opposition to Defendants' Rule 12(b)(6) motion to dismiss by January 25, 2027; and

3. Defendants shall file a reply in support of their Rule 12(b)(6) motion to dismiss by February 19, 2027.

DATED: November 3, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
LUKE O. BROOKS (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
ERIKA L. OLIVER (admitted *pro hac vice*)
PATTON L. JOHNSON (admitted *pro hac vice*)

s/ ERIKA L. OLIVER
ERIKA L. OLIVER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
lukeb@rgrdlaw.com
klavelle@rgrdlaw.com
eoliver@rgrdlaw.com
pjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

DATED: November 3, 2026

KELLER ROHRBACK L.L.P.
JULI E. FARRIS (WSBA #17593)

s/ JULI E. FARRIS
JULI E. FARRIS

1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: 206/623-1900
jfarris@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs*

DATED: November 3, 2026

K&L GATES LLP
TYLER K. LICHTER, WSBA # 51090
KARI L. VANDER STOEP, WSBA # 35923

s/ TYLER K. LICHTER
TYLER K. LICHTER

925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: +1 206 623 7580
Fax: +1 206 623 7022
Tyler.Lichter@klgates.com
Kari.Vanderstoep@klgates.com

LATHAM & WATKINS LLP
ANDREW B. CLUBOK (*pro hac vice*)
SUSAN E. ENGEL
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com
susan.engel@lw.com

LATHAM & WATKINS LLP
MICHELE D. JOHNSON (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714/540-1235
714/755-8290 (fax)
michele.johnson@lw.com

LATHAM & WATKINS LLP
WHITNEY B. WEBER (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

LATHAM & WATKINS LLP
DANIEL R. GHERARDI (*pro hac vice*)
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
daniel.gherardi@lw.com

*Attorneys for Defendants Starbucks Corporation, Laxman Narasimhan, and Rachel Ruggeri*

* * *

**ORDER**

The parties having stipulated, IT IS SO ORDERED.

Dated this 3rd day of November, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE